UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANGEL ORTIZ<br><br>    Defendant. | Case No. 1:13-cr-238-BLW<br><br>**ORDER** |

Finding good cause therefore

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to continue sentencing (docket no. 57) is GRANTED. The current sentencing date of May 12, 2014, is VACATED. The new sentencing date shall be **July 7, 2014, at 2:30 p.m.** in the Federal Courthouse in Boise, Idaho.

DATED: May 8, 2014

B. LYNN WINMILL
Chief U.S. District Court Judge